**Eligio V. SANCHEZ, Plaintiff–Appellant,**

v.

**CITY OF CLINTON, Defendant–Appellee.**

No. 00–1873.

United States Court of Appeals, Fourth Circuit.

Submitted Jan. 18, 2001.

Decided Jan. 30, 2001.

Daniel F. Read, Durham, NC, for appellant. Patricia L. Holland, Maranda J. Freeman, Cranfill, Sumner & Hartzog, L.L.P., Raleigh, NC, for appellee.

Before WIDENER and MICHAEL, Circuit Judges, and HAMILTON, Senior Circuit Judge.

PER CURIAM.

Eligio V. Sanchez appeals from the district court's order granting summary judgment in his employment discrimination suit. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *Sanchez v. City of Clinton,* No. CA–99–78–7–F (E .D.N.C. June 7, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*